UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANE PATRIC GEE,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>FAMY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:17-cv-2148-JAD-VCF<br><br>ORDER |

## I. DISCUSSION

According to the Attorney General's Office, Plaintiff is no longer incarcerated at Southern Desert Correctional Center. Plaintiff has not filed an updated address notification with the Court informing the Court of his current address. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

Plaintiff is reminded that the Inmate Early Mediation Conference is scheduled for March 22, 2019 at 1:30 p.m. and that he is required to submit his mediation statement by March 15, 2019 at 4:00 p.m.. Because Plaintiff is no longer incarcerated, he is ordered to provide a contact phone number to the Clerk of the Court by March 15, 2019 so that arrangements can be made for his appearance at the Inmate Early Mediation Conference.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

It is further ordered that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case with prejudice.

It is further ordered that the Clerk of the Court shall send courtesy copies of this order, the screening order (ECF No. 7), and the order setting the Inmate Early Mediation Conference (ECF No. 12) to Plaintiff at the following two addresses: 1) 900 Brush Street, #134, Las Vegas, NV 89107; and 2) 808 Sunny Place, Las Vegas, NV 89106

It is further ordered that Plaintiff shall provide his phone number to the Clerk of the Court by March 15, 2019 so that arrangements may be made for his appearance at the Inmate Early Mediation Conference.

DATED THIS 6th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE