# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DANE PATRIC GEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FAMY, *et al.*,<br><br>　　　　　Defendants. | 2:17-CV-02148-JAD-VCF<br><br>**ORDER** |

　　　　Before the court is the *Dane Patric Gee v. Famy, et al.*, case number 2:17-cv-02148-JAD-VCF.

Defendants' status report was due on March 27, 2019. (ECF No. 9).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that Defendants must file their status report on or before April 16, 2019.

　　　　DATED this 9th day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE