UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dane Patrick Gee, | Case No.: 2:17-cv-02148-JAD-VCF |
| Plaintiff | |
| v. | **Order Denying Motion for Free Copies** |
| Famy, et al., | [ECF No. 26] |
| Defendants | |

State prisoner Dane Gee moves the court to provide him a free copy "of the original filing of this matter."[1] This action was dismissed and closed more than six years ago after Gee failed to pay the fee or properly apply for *in forma pauperis* status.[2] Inmates do not have a constitutional right to free photocopying.[3] And this court cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis* because 28 U.S.C. § 1915 does not authorize courts to do so. Rather, there is a per-page charge for copy work for all litigants.

If Gee wants to receive copies of electronically filed documents from the court, he must submit a copy and service request form to the Clerk of the Court and pay the appropriate fees. The cost for the court to reproduce documents from an electronic format is 10¢ per page.[4]

IT IS THEREFORE ORDERED that the motion for free copies of original case filing **(ECF No. 26) is DENIED**.

---

[1] ECF No. 26.
[2] ECF Nos. 23, 24.
[3] *See Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).
[4] Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914.

IT IS FURTHER ORDERED that **no further documents may be filed in this closed case.**

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send Dane Gee a courtesy copy of the Copy and Service Request form.

Dated: December 28, 2025

_____
U.S. District Judge